Form defntc

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Celso Morales Jr.  
627 E. Palatine Rd.  
Palatine, IL 60074  
SSN: xxx−xx−6723 EIN: N.A.

Case No. :   18−17271  
Chapter :    13  
Judge :      Carol A. Doyle

## DEFICIENCY NOTICE

To the Debtor(s) and his attorney, if any: Notice of Deficiency given to Debtor(s) that the following document(s) were due at the time of filing and are deficient. **Include the case number and debtor name on all documents.**

- ☐ Photo ID for Debtor 1
- ☐ Photo ID for Debtor 2
- ☐ Photo ID for Runner
- ☐ Voluntary Petition. Please file the Voluntary Petition using the event Voluntary Petition to Correct Petition PDF
- ☐ Statement About Your Social Security Numbers
- ☐ List of Name and Addresses of All Creditors/Creditor Matrix
- ☐ Application for Individual to Pay the Filing Fee in Installments/Orders
- ☐ Certification of Relatedness (applicable to related cases)
- ☐ Fees Due
- ☐ Notice of Motion and Motion for Waiver of Credit Counseling
- ☑ Signature(s) of Debtor(s) are missing from the Voluntary Petition. Please file the signature page(s) as an Attachment to the Voluntary Petition
- ☑ Signature(s) of Debtor(s) are missing from Statement About Your Social Security Numbers. Please re−file as Amended
- ☐ Signature(s) of Debtor(s) are missing from Application for Individual to Pay the Filing Fee in Installments/Order. Please re−file as Amended
- ☐ Signature(s) of Debtor(s) are missing from Declaration About an Individual Debtor(s) Schedules. Please re−file as Amended

For additional information, please access the United States Court's website at http://www.uscourts.gov/forms/bankruptcy−forms/required−lists−schedules−statements−and−fees (B 2000, Required List, Schedules, Statements and Fees). If you are represented by an attorney, please contact your attorney for guidance. If you have any questions about the deficiency, please call 312−408−5000.

Dated: June 19, 2018

FOR THE COURT  
Jeffrey P. Allsteadt, Clerk  
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                              Case No. 18-17271-CAD
Celso Morales, Jr.                                                                  Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: agalimba          Page 1 of 1              Date Rcvd: Jun 19, 2018
                         Form ID: def            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2018.
db             +Celso Morales, Jr.,    627 E. Palatine Rd.,   Palatine, IL 60074-5489

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2018 at the address(es) listed below:
     Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
     Rusty   Payton     on behalf of Debtor 1 Celso  Morales, Jr. rustypayton@me.com,
     notices@paytondann.com;notices@dannlaw.com;brittany@dannlaw.com;michael@dannlaw.com;billbehrens@dannlaw.com
     Tom   Vaughn    ecf@tvch13.net,   ecfchi@gmail.com
                                                                                                                TOTAL: 3